UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD GRUMBINE,<br>  Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 4:20-CV-433 |
| v. | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL,<br>  Defendant | ) <br> ) | |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

(3) Final judgment is entered in favor of Donald Grumbine.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date: July 6, 2021         BY THE COURT

                    *s/William I. Arbuckle*
                    William I. Arbuckle
                    U.S. Magistrate Judge